UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BILLY COFFMAN, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:20 CV 1789 CDP |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

For the reasons stated in defendant's motion to reverse and remand and without objection from plaintiff,

**IT IS HEREBY ORDERED** that defendant's motion to reverse and remand [25] is granted, the decision of the Commissioner is reversed under sentence four of 42 U.S.C. § 405(g), and this case is remanded for further proceedings.

A separate Judgment is entered herewith.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of November, 2021.