UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BILLY COFFMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:20 CV 1789 CDP ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $2,324.00. Defendant does not object to an award of fees in that amount. (Doc. # 30).

On November 2, 2021, I reversed the decision of the Commissioner and remanded the case to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further consideration. Because plaintiff prevailed and is not otherwise precluded from recovering attorney's fees, I find plaintiff is entitled to an award in the requested amount.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees [29] is granted as follows: plaintiff shall recover attorney's fees from the Social

Security Administration in the amount of $2,324.00, and that award shall be made payable to plaintiff unless plaintiff has a pre-existing debt owed to the United States, in which case the award shall be subject to offset to satisfy that debt.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of December, 2021.